

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00494-CR

**EX PARTE** Richard Anthony **BALDEZ**

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 2519
Honorable Sarah Garrahan, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED August 20, 2014.

_____
Rebeca C. Martinez, Justice